IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TRENT D. MASSIE,  :

    Plaintiff,  :

       Case No. 3:15cv00144

vs.  :

       District Judge Thomas M. Rose

NANCY A. BERRYHILL,  :   Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration,  :

    Defendant.  :

---

# DECISION AND ENTRY

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.   The Report and Recommendations docketed on February 15, 2017 (Doc. #18) is ADOPTED in full;

2.   No finding is made as to whether Plaintiff Trent D. Massie was under a "disability" within the meaning of the Social Security Act;

3.   This case is remanded to the Commissioner and the Administrative Law Judge under sentence four of 42 U.S.C. §405(g) for further consideration consistent with the Report and Recommendations and the instant Decision and Entry; and

  4.  The case is terminated on the docket of this Court.

March 15, 2017               *s/Thomas M. Rose

                     _____
                       Thomas M. Rose
                  United States District Judge