AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Trent D. Massie | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:15-cv-144 |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Report and Recommendations ADOPTED in full; remanded to the Commissioner and the Administrative
Law Judge under sentence four of 42 U.S.C. §405(g) for further consideration and case is terminated on
the docket of this Court.                                                            .

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Thomas M. Rose _____   on a motion for

Date:   3/16/2017 _____

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk